**Appeals Dismissed and Memorandum Opinion filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

NO. 14-20-00718-CR
NO. 14-20-00719-CR

**PROMISE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1632658 and 1632659**

## MEMORANDUM OPINION

In each of these cases, appellant pleaded guilty to aggravated robbery with a deadly weapon. In each case, pursuant to a plea bargain agreement with the State, the trial court assessed punishment at confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeals.

The trial court signed a certification of the defendant's right to appeal in which the court certified that each case is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the record on appeal for each case. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). In both cases, this court notified the parties on November 3, 2020, the appeals would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received in either matter.

We dismiss the appeals for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).